**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICTOR JEFFREY PEGUERO-SOSA, LARIS A. PEREZ-CASTILLO, and RODYN M. PEREZ-RAMIREZ,<br><br>Plaintiffs,<br><br>-against-<br><br>LA CREMAILLERE RESTAURANT CORP., and ROBERT MEYZEN a/k/a ROBERT MAZEN, an individual,<br><br>Defendants. | Case No.: 15-CV-2125 (CS)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the corporate Defendant La Cremaillere Restaurant Corp., ("Defendant"), certifies that the Defendant does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of any of the above-named Defendant's stock.

Date:   May 26, 2015
        Orangeburg, NY 10962

/s/ Kevin M. Doherty
Greenwald Doherty LLP
Kevin M. Doherty, Esq. (KD-3492)
KD@GreenwaldLLP.com
Ilan Weiser, Esq. (IW-5341)
IW@GreenwaldLLP.com
30 Ramland Road, Suite 201
Orangeburg, New York 10962
Telephone: (845) 589-9300
Facsimile: (845) 638-2707
*Attorney for Defendants*